**Dismissed and Memorandum Opinion filed November 13, 2014.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-14-00287-CV

---

## RICHARD ALAN HAASE AND AUDREY LOIS HAASE, Appellants

### V.

## SANTANDER CONSUMER USA, INC., Appellee

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-197259**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 10, 2014. The notice of appeal was filed April 14, 2014. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Tex. Gov't Code Ann. § 51.207.

On July 3, 2014, this court denied appellants' motion to proceed as indigent and ordered appellants to pay the appellate filing fee on or before July 18, 2014, or the appeal would be dismissed. On July 16, 2014, appellants notified this court of their intent to file a petition for writ of mandamus in the Texas Supreme Court challenging this court's decision on indigence. At appellants' request this court abated the appeal for a period of 60 days. No petition for writ of mandamus was filed during the abatement period. Appellants have not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.